

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00405-CV

**IN THE INTEREST OF S.W.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01893
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:    Patricia O. Alvarez, Justice

Sitting:    Marialyn Barnard, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:    November 6, 2013

AFFIRMED

Appellant A.M.[1] appeals the trial court's order terminating her parental rights to S.W.

A.M.'s court-appointed counsel filed a brief stating that he has conducted a professional evaluation

of the record and there are no meritorious issues to appeal. Counsel concludes that the appeal is

frivolous and wholly without merit. The brief meets the requirements of *Anders v. California*, 386

U.S. 738 (1967). *See In re R.R.*, No. 04–03–00096–CV, 2003 WL 21157944, at *4 (Tex. App.—

San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in an appeal from a termination

of parental rights); *see also In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.]

2004, no pet.) (same).

---

[1] To protect the identity of the minor child, we refer to the mother and her child by their initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West Supp. 2013); TEX. R. APP. P. 9.8.

Counsel certified that he sent a copy of the *Anders* brief to A.M. and advised her of her right to examine the record and to file a pro se brief. Appellant has not filed a pro se brief.

After reviewing the brief and the record, we agree that the appeal is frivolous and without merit. Therefore, we affirm the trial court's order and grant counsel's motion to withdraw.

Patricia O. Alvarez, Justice